UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Advanced Concrete Tools, Inc.,

    Plaintiff,

vs.

                                     Civil Action No. 3:10CV1139

Herman W. Beach and
Manown Engineering Co., Inc.,

                                     Judge Haynes

    Defendants.

[Handwritten order: "ORDER. The motion is unopposed ruling 6/2/11 FRCP. The Defendant shall produce the documents within 20 days of this Order or risk sanctions. /s/ [Judge signature] 4-30-12"]

**PLAINTIFF'S MOTION TO COMPEL**

    COMES the Plaintiff, by and through counsel, and moves this Court to enter an Order compelling the Defendants to deliver documents requested through discovery consistent with the Rule 37 of Federal Rules of Civil Procedure. In support of this Motion, it would be shown as follows:

    1.    On the 1st day of June, 2011, the deposition of Defendant Herman Beach was taken. The Defendant was asked to supply, as Late Filed Exhibit No. 1, a copy of Mr. Beach's file which was to include the prospectus, the due diligence agreements, and the financials. See **Exhibit A** (Excerpt of Beach Deposition at p. 18, dated June 1, 2011).

    2.    The request was directly related to the claims asserted by the Defendants in this action, and the information requested is discoverable under the Rules of Civil Procedure.

    3.    The documents requested were purported to have been part of the sale documents exchanged as part of the sale at issue in this action and, as such, should have been part of

1