IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ADVANCED CONCRETE TOOLS, INC., )
)
)
    Plaintiff, )
)
v. ) Case No. 3:10-cv-01139
) JUDGE HAYNES
HERMAN W. BEACH and )
MANOWN ENGINEERING CO., INC., )
)
    Defendants. )

## ORDER

In accordance with the Memorandum filed herewith, Defendants' motion for partial summary judgment (Docket Entry No. 40) is **GRANTED**.

Plaintiff is **AWARDED** five hundred thousand dollars ($500,000) for its breach of contract claim under the Asset Purchase Agreement. Plaintiff is **AWARDED** prejudgment interest under Tenn. Code Ann. § 47-14-103(3) of ten percent (10%) per annum from October 2008 until paid.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of May, 2012.

                                  WILLIAM J. HAYNES, JR.
                                  United States District Judge