IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADVANCED CONCRETE TOOLS, INC., ) ) ) Plaintiff, ) ) v. ) ) HERMAN W. BEACH and ) MANOWN ENGINEERING CO., INC., ) ) Defendants. ) | Case No. 3:10-cv-01139 JUDGE HAYNES |

**O R D E R**

In accordance with the Memorandum filed herewith, Defendants' motion for partial summary judgment (Docket Entry No. 40) is **GRANTED**.

Plaintiff is **AWARDED** five hundred thousand dollars ($500,000) for its breach of contract claim under the Asset Purchase Agreement. Plaintiff is **AWARDED** prejudgment interest under Tenn. Code Ann. § 47-14-103(3) of ten percent (10%) per annum from October 2008 until paid.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge