UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Advanced Concrete Tools, Inc.,

    Plaintiff,

vs.

Herman W. Beach and
Manown Engineering Co., Inc.,

    Defendants.

Civil Action No. 3:10CV1139

Judge Haynes

*[Handwritten annotation: ORDER. This motion is GRANTED. The Defendants have 20 days to submit any evidence in opposition to Plaintiff's motion for summary judgment. S-6-13]*

## MOTION TO SET DEADLINE AND HEARING

COMES the Plaintiff, Advanced Concrete Tools, Inc., by and through counsel, and moves that a deadline and hearing be set in this cause consistent with the Court of Appeals ruling. In support of this Motion, it would be shown that the Court of Appeals remanded this action to the Trial Court on the issue of Defendants' liability "so that Beach may submit his evidence and the district court can consider all relevant evidence before ruling." Court of Appeals Opinion at p. 7. As a basis for his appeal, Defendant Beach had argued that he was not afforded adequate notice before this Trial Court's ruling on Summary Judgment. By setting a specific number of days for which Defendants may file any basis for defense to liability, Defendants would be allowed adequate notice and opportunity to file any data which Defendants believe the Trial Court should consider.