IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADVANCED CONCRETE TOOLS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-1139 |
| ) | Chief Judge Haynes |
| HERMAN W. BEACH and ) | |
| MANOWN ENGINEERING COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon review of the file, I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

ENTERED this the 14th day of June, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court