## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| ADVANCED CONCRETE TOOLS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-1139 |
| | ) | Judge Trauger |
| HERMAN W. BEACH and | ) | |
| MANOWN ENGINEERING CO., INC., | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

The docket for this case at the Sixth Circuit Court of Appeals shows that defendant Manown Engineering Co., Inc. was dismissed as a party to this case on August 13, 2012, pursuant to a settlement between the parties. The Order dismissing this defendant was entered on the docket of this case on August 13, 2012 (Docket No 68). It is hereby **ORDERED** that, pursuant to the settlement between the plaintiff and defendant Manown, the Clerk shall **TERMINATE** on the docket of this case Manown Engineering Co., Inc. as a party.

It is so **ORDERED**.

Enter this 4th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge